Check No. 1102604

Voucher manifest below. Please save the following pages for your records.
Pay to: CLERK  CLERK U.S. BANKRUPTCY COURT
***** FOR INFORMATION ON ELECTRONIC PAYMENTS CONTACT DCOOK@PAMD13TRUSTEE.COM. *****

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 11-07510-JJT | 999-0 | DENNIS W BRUMBAUGH | | 0.00 | 32.63 | 0.00 | 32.63 |
| | | Original Check written to: | | | | | |
| | | **DENNIS W BRUMBAUGH | | | | | |
| | | ARLINE G BRUMBAUGH | | | | | |
| | | 2711 BLAIR STREET | | | | | |
| | | MONTOURSVILLE, PA  17754 | | | | | |
| 11-07531-JJT | 999-0 | WILLIAM R WAYMAN JR | | 0.00 | 13.38 | 0.00 | 13.38 |
| | | Original Check written to: | | | | | |
| | | **WILLIAM R WAYMAN JR | | | | | |
| | | BRANDI R WAYMAN | | | | | |
| | | 6081 STARRUCCA CREED ROAD | | | | | |
| | | SUSQUEHANNA, PA  18847 | | | | | |
| 11-08208-MDF | 999-0 | SANDRA J CLEMENS | | 0.00 | 2,456.43 | 0.00 | 2,456.43 |
| | | Original Check written to: | | | | | |
| | | **SANDRA J CLEMENS | | | | | |
| | | P.O. BOX 297 | | | | | |
| | | RICHLAND, PA  17087 | | | | | |
| 13-06274-MDF | 999-0 | JEANETTE ROSE MANIGAULT | | 0.00 | 561.08 | 0.00 | 561.08 |
| | | Original Check written to: | | | | | |
| | | 37 N. BELIVDERE AVE | | | | | |
| | | YORK, PA 17401 | | | | | |

---

**Charles J. DeHart, III**
**Standing Chapter 13 Bankruptcy Trustee**
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

Fulton Bank
Lancaster PA 17604

60-142 / 313

No. 1102604

April 10, 2014

PAY** Three Thousand Sixty Three Dollars and 52 Cents******************************

AMOUNT**$3,063.52**********

TO THE ORDER OF

VOID AFTER July 09, 2014
Positive Pay Account

CLERK U.S. BANKRUPTCY COURT
P.O. BOX 908
HARRISBURG, PA  17108-